No. 222.  CIVIL AERONAUTICS BOARD *v.* SUMMERFIELD, POSTMASTER GENERAL, ET AL.;

No. 223.  DELTA AIR LINES, INC. *v.* SUMMERFIELD, POSTMASTER GENERAL, ET AL.;

No. 224.  CIVIL AERONAUTICS BOARD *v.* SUMMERFIELD, POSTMASTER GENERAL, ET AL.; and

No. 225.  WESTERN AIR LINES, INC. *v.* CIVIL AERO-NAUTICS BOARD ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari granted. *Emory T. Nunneley, Jr.* and *O. D. Ozment* for the Civil Aeronautics Board.  *L. Welch Pogue* for Delta Air Lines, Inc.  *Hugh W. Darling* and *D. P. Renda* for Western Air Lines, Inc.  *Acting Solicitor General Stern* filed memorandums stating that the United States and the Postmaster General do not oppose the petitions.  *Hubert A. Schneider* for Braniff Airlines, Inc., *C. Edward Leasure* for Northwest Airlines, Inc., and *Gerald B. Brophy* for Trans World Airlines, Inc. filed a brief, as *amici curiae,* supporting the petition in No. 222.  Reported below: 92 U. S. App. D. C. 248, 256, 207 F. 2d 200, 207.

No. 228.  MAZER ET AL., DOING BUSINESS AS JUNE LAMP MANUFACTURING CO., *v.* STEIN ET AL., DOING BUSINESS AS REGLOR OF CALIFORNIA.  C. A. 4th Cir.  Certiorari granted.  The Solicitor General is invited to file a brief setting forth, along with other matters he deems pertinent, the views of the Copyright Office and a statement of its relevant practice.  *Max R. Kraus* and *Robert L. Kahn* for petitioners. ■

No. 2, Misc.  HERNANDEZ *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari granted.  Petitioner *pro se.*  *John Ben Shepperd,* Attorney General of Texas, and *Rudy G. Rice, Milton Richardson* and *Horace Wimberly,* Assistant Attorneys General, for respondent. ■